IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DWIGHT DAVID CORMIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:25-CV-00253-MJT-ZJH |
| | § | JUDGE MICHAEL TRUNCALE |
| U.S. DEPARTMENT OF VETERANS AFFAIRS, | § | |
| | § | |
| Defendant. | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 29, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. Now before the Court is Plaintiff Dwight David Cormier's *Motion for Leave to Proceed In Forma Pauperis* [Dkt. 2]. On July 2, 2025, Judge Hawthorn issued a Report and Recommendation [Dkt. 4], which recommended denying Cormier's motion because he failed to show that he was unable to pay the filing fee.

The Court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence. The Court affirms Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1)(C).

It is therefore ORDERED that the Report and Recommendation of the United States Magistrate Judge [Dkt. 4] is ADOPTED. Accordingly, Plaintiff Dwight David Cormier's *Motion for Leave to Proceed In Forma Pauperis* [Dkt. 2] is DENIED.

It is further ORDERED that Cormier pay the $405.00 filing fee to the Clerk's office within fourteen days of the date of this Order. Failure to pay the filing fee by this date may result in a dismissal of this action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED this 31st day of July, 2025.**

*[signature]*

Michael J. Truncale
United States District Judge