IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| DWIGHT DAVID CORMIER, | § § § | |
| *Plaintiff*, | § § | NO. 1:25-CV-00253-MJT-ZJH |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| US DEPARTMENT OF VETERANS AFFAIRS, | § § § § | |
| *Defendant*. | § § | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On May 29, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management. On December 2, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 12], which recommended dismissing *pro se* Plaintiff Dwight David Cormier's ("Cormier") case for failure to serve process.[1] Although Cormier has been given notice, he has not taken any action in his case since August 2025. Doc. No. 7.

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects. 28 U.S.C. § 636(b)(l)(c); FED. R. CIV. P. 72(b)(2)–(3). Cormier did not file any objections to Judge Hawthorn's report. Nonetheless, the Court has reviewed Judge Hawthorn's *Report and Recommendation* [Dkt. 12], and it holds that Judge Hawthorn's findings and conclusions of law are correct.

---

[1] Cormier paid the $405.00 filing fee after the Court denied his *Motion to Proceed in forma pauperis* (Doc. No. 2). Still, he has not completed service of process within the time allotted by Federal Rule of Civil Procedure 4(m). FED. R. CIV. P. 4(m).

It is, therefore, ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 12] is ADOPTED. A final judgment will be entered in this case, in accordance with the magistrate judge's recommendation.

**SIGNED this 2nd day of January, 2026.**

_____
Michael J. Truncale
United States District Judge